MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*United States v. Danilo Rodriguez*
Case No. 3:01-CR-00070-01-JKS

By:                    THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:          Dan Maus, Case Management: 677-6123*

PROCEEDINGS:           ORDER FROM CHAMBERS

    On March 1, 2005, the Court notified the parties that the Court had possession of a passport belonging to Defendant Rodriguez and that any party wishing to have said item returned to them needs to file a motion to return said item with a proposed order for the Court's consideration. Docket No. 104. Defendant Danilo Rodriguez has not responded to the Court's prior Order.
    The Court hereby again provides Defendant notice that if Defendant desires to have the passport returned, Defendant needs to notify the Court by **Friday, June 23, 2006**. In the event the Court has not received a request either from Rodriguez or his counsel by **Friday, June 23, 2006**, the Court shall destroy the passport.
    As the Court seeks to provide notice to Rodriguez that is "reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections," *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950), this Order shall be sent to the last known address Rodriguez provided to the Court and the last known address of Rodriguez's counsel of record. Additionally, this Order shall be sent to the United States Probation Office which should forward this Order to Rodriguez at his last known address.

    **IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: <u>May 18, 2006</u>

*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.